## LLCIN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| RBH ENERGY, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CAUSE NO: 3:16-cv-02738-B |
| FT. WORTH WEEKLY MANAGEMENT LLC and FT. WORTH WEEKLY LP, | § § § § | |
| Defendants. | § § | |

## STIPULATED DISMISSAL

Plaintiff RBH Energy, LLC ("RBH") and Defendants Ft. Worth Weekly Management LLC and Ft. Worth Weekly LP ("Ft. Worth Weekly"), pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby jointly stipulate to dismiss all claims and counterclaims brought in this matter. The parties have mutually resolved this dispute.

Dated: January 31, 2017

Respectfully submitted,

*/s/ Glenn E. Janik*

Glenn E. Janik, Lead Attorney
State Bar No. 24036837
Rajkumar Vinnakota
State Bar No. 24042337
**JANIK VINNAKOTA LLP**
Gateway Tower
8111 LBJ Freeway, Suite 790
Dallas, TX 75251
Tel.: 214.390.9999
Fax: 214.586.0680
gjanik@jvllp.com
kvinnakota@jvllp.com

**ATTORNEYS FOR PLAINTIFF RBH ENERGY, LLC**

*/s/ Laura Elkind w/p GJ*

Laura Elkind
Texas State Bar No. 10042450
Laura Elkind Law, PLLC
306 West Broadway Ave.
Fort Worth, TX 76104
Telephone: (817) 332-8532
Facsimile: (817) 350-6690
laura.elkind@elkind-law.com

**ATTORNEY FOR DEFENDANTS FT. WORTH WEEKLY, LP and FT. WORTH WEEKLY MANAGEMENT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

/s/ *Glenn E. Janik*
Glenn E. Janik